ASH

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Natalia Mnatsakanian, | No.   CV-26-04143-PHX-SMB (ASB) |
| Petitioner, | |
| v. | **ORDER** |
| David R. Rivas, et al., | |
| Respondents. | |

Petitioner filed this action under 28 U.S.C. § 2241 challenging her immigration detention.  The Court will require Respondents to answer the Petition.

**I.     Petition**

Petitioner is a native of Russia who fled that country in 2024 due to political persecution.  Petitioner entered the United States on September 18, 2024, pursuant to an appointment made through the CBPOne app, and was immediately taken into custody.  Petitioner sought asylum, but, on August 20, 2025, an immigration judge denied relief and ordered her removed to Russia.  Petitioner appealed that decision—first to the Board of Immigration Appeals, and thereafter to the Ninth Circuit—but that appeal remains pending; the Ninth Circuit has issued a stay of removal while it considers her appeal.  As of the date of this Order, Petitioner has been detained for nearly two years.  As such, Petitioner asserts that her prolonged detention violates the Fifth Amendment[1]

---

[1] Petitioner previously sought habeas relief in this Court on the basis that she was statutorily entitled to a bond hearing.  (*See* CV 26-01435-PHX-SMB (ASB)).  By Order dated March 23, 2026, the Court denied that petition on the basis that Petitioner was not

The Court will require Respondents to answer the Petition.

**IT IS ORDERED:**

(1)    Counsel for Petitioner must immediately serve the Petition (Doc. 1) and a copy of this Order on Respondents.

(2)    If not already issued, the Clerk of Court must issue any properly completed summonses.

(3)    Respondents must answer the Petition within **20 days** of the date of service. Respondents shall not file a dispositive motion in place of an answer without first showing cause as to why an answer is inadequate.

(4)    Regarding courtesy copies of documents for chambers, Respondents are directed to review Section II(D) of the Court's Electronic Case Filing Administrative Policies and Procedures Manual, which requires that "a courtesy copy of the filing, referencing the specific document number, shall be printed directly from CM/ECF." CM/ECF Admin. Man. § II(D)(3) (emphasis added).  *See* http://www.azd.uscourts.gov/sites/default/files/documents/adm%20manual.pdf.

(5)    Petitioner may file a reply within **10 days** from the date of service of the answer.

Dated this 15th day of June, 2026.

Honorable Susan M. Brnovich
United States District Judge

_____

entitled to a bond hearing pursuant to 8 U.S.C. § 1225.

- 2 -